**Order entered August 23, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00106-CR

**JACOB LEE BOYD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-33746-U**

## ORDER

Appellant's August 17, 2016 motion for evidentiary exhibits to be forwarded to the court is **GRANTED**. The reporter's record in this case indicates that audio and video recordings were admitted into evidence as State's Exhibits 3, 4, 68, 69, and 106. None of them have been filed with the reporter's record.

We **ORDER** court reporter Sasha S. Brooks to file, with **FOURTEEN DAYS** of the date of this order, a supplemental reporter's record containing all audio and video exhibits admitted into evidence in this case.

/s/    LANA MYERS
        JUSTICE